# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALINA GRINBERG,<br><br>  Plaintiff,<br><br>  vs.<br><br>SYNCHRONY BANK; COLLECTION BUREAU OF AMERICA LTD.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>  Defendant(s). | Case No.: 8:19-cv-2014-DOC (ADSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Alina Grinberg and Defendant Experian Information Solutions, Inc. have announced to the Court that all matters in controversy against Experian Information Solutions, Inc. have been resolved. A Stipulation of Dismissal with Prejudice of Experian Information Solutions, Inc. has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Experian Information Solutions, Inc., the Court makes and delivers the following ruling:

1     IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Alina Grinberg against Defendant Experian Information Solutions, Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

    DATED this 18th day of December 2019.

_David O. Carter_
**HONORABLE DAVID O. CARTER**
UNITED STATES DISTRICT JUDGE