JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALINA GRINBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK; COLLECTION BUREAU OF AMERICA LTD.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>    Defendant(s). | Case No.: 8:19-cv-2014-DOC (ADSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Alina Grinberg and Defendants Synchrony Bank, Collection Bureau of America Ltd, and Equifax Information Services, LLC have announced to the Court that all matters in controversy A Stipulation of Dismissal with Prejudice. has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action that were or could
2 have been asserted herein by Plaintiff against Defendants are in all respects
3 dismissed with prejudice to the refiling of same, with court costs to be paid by the
4 party incurring same.
5
6  DATED this 19th day of December 2019.
7
8
9
10  _____
11  **HONORABLE DAVID O. CARTER**
   UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28